UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

NIKOLAOS LIMBERATOS,                              :        26-cv5308 (SHS)

               Plaintiff,                  :

      -v-                                     :        <u>ORDER</u>

UNITED STATES OF AMERICA,                         :

              Defendant.                  :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Pursuant to Court procedure, the Court has opened this civil action for Limberatos's "Motion for Return of Seized Property Pursuant to Federal Rules of Criminal Procedure 41(g)." The case shall have above caption and docket number. All future filings in this matter shall be filed in this civil action. The Clerk of Court is directed to mail a copy of this Order to defendant [87285-054], at FCI-Allenwood Low, P.O. Box 1000, White Deer, PA 17887.

Dated: New York, New York
       June 25, 2026

                             SO ORDERED:

                                _____
                                  Sidney H. Stein, U.S.D.J.